✎AO ___    Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

NORTHERN District of NEW YORK

UNITED STATES OF AMERICA

ORDER AND AMENDED JUDGMENT REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

**V.**

LOUIS BROWN

Case Number: 1:01-cr-27 (DNH)
USM Number: 10609-052

Date of Previous Judgment: November 2, 2001
(Use Date of Last Amended Judgment if Applicable)

Alexander Bunin, Esq.
Defendant's Attorney

Upon motion of ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 135 months **is reduced to 120 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 31
Criminal History Category: III
Previous Guideline Range: 135 to 168 months

Amended Offense Level: 29
Criminal History Category: III
Amended Guideline Range: 108 to 135 months (120 month mandatory minimum)

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____

**III. ADDITIONAL COMMENTS**
_____
_____

Except as provided above, all provisions of the judgment dated November 2, 2001 shall remain in effect.
**IT IS SO ORDERED**.

April 25, 2008
Order Date

_____
Effective Date (if different from order date)

David N. Hurd
District Judge